HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
PATRICK DEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:12-mj-0009 MJS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| PATRICK CHAMPION DEAL | Date:   March 4, 2014 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Patrick Champion Deal, by and through his attorney of record, Jerome Price, that the Status Conference in the above-captioned matter set for December 17, 2013 shall be continued to March 4, 2014 at 10:00 a.m.

This continuance is at the request of all parties.  Counsel for the government and counsel for Mr. Deal are in the process of negotiating a resolution and would request the continuance to further that effort.  The requested continuance will conserve time and resources for both counsel and the court.

As this is a deferred prosecution violation hearing, no exclusion of time is necessary under the Speedy Trial Act and all counsel agree there is good cause for the continuance.

///

Dated: December 12, 2013                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Jerome Price*
                                              JEROME PRICE
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              PATRICK DEAL

                                              */s/ Matthew McNease*
                                              Matthew McNease
                                              Acting Legal Officer
                                              National Park Service
                                              Yosemite National Park

## **O R D E R**

     The Court **does not accept** the proposed Stipulation at this time. A request for an almost four month continuance of a Status Conference will not be granted absent a showing of unique circumstances justifying a continuance of that length.

     The parties are invited to resubmit this Stipulation accompanied by supporting information.

IT IS SO ORDERED.

Dated:   December 13, 2013                         /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE